Argued and submitted November 23, 1983, affirmed in part and
vacated in part July 5, reconsideration denied August 31,
petition for review denied September 18, 1984 (297 Or 824)

# STATE OF OREGON,
*Respondent,*

*v.*

# LLOYD GENE WALKER,
*Appellant.*

### (82-3098-C-2; CA A28215)

683 P2d 1035

David E. Groom, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Martha Rice, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for murder, assigning error to the trial court's admission of certain testimony and photographs. We have reviewed those assignments and conclude that there was no error.

However, defendant was sentenced to life imprisonment, with a minimum sentence of ten years. Although no error is assigned to the imposition of the ten-year minimum sentence, that portion of the sentence is invalid, *State v. Macy,* 295 Or 738, 671 P2d 92(1983), and the error appears on the face of the record. Accordingly, we take note of it.

That portion of the sentence imposing a ten-year minimum is vacated; the judgment is affirmed in all other respects.